| PROB 22<br>(Rev. 5/2015)<br><br>TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)*<br>0643 5:12CR00033 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>19CR40013TSH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Eastern District of Kentucky | DIVISION<br>Central Division at Lexington |
|---|---|---|
| Kokou Kuakumensah<br>Worcester, Massachusetts 01604 | NAME OF SENTENCING JUDGE<br>Joseph M. Hood, Sr. U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>3/1/2019 | TO<br>2/29/2020 |

| OFFENSE<br>Fraud with Identification Documents (4 Cts) |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Kentucky

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Massachusetts _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

april 12, 2019
*Date*

Joseph M. Hood
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/19/19
*Effective Date*

/s/ Honorable Timothy S. Hillman
*United States District Judge*